B1 (Official Form 1)(04/13)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cyber Development Group International, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-0437380** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1331 Business Center Drive**<br>**Mount Prospect, IL**<br>ZIP Code **60056** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☑ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cyber Development Group International, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X_____  Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)   Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Cyber Development Group International, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Debtor

X _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

_____

Date

### Signature of Attorney*

**X  /s/ Ariel Weissberg**

Signature of Attorney for Debtor(s)

**Ariel Weissberg 03125591**

Printed Name of Attorney for Debtor(s)

**Weissberg and Associates, Ltd.**

Firm Name

**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**

Address

**Email: ariel@weissberglaw.com**
**312-663-0004  Fax: 312-663-1514**

Telephone Number

**August 28, 2013**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ AOP Investments, LLC**

Signature of Authorized Individual

**AOP Investments, LLC**

Printed Name of Authorized Individual

**John H. Pressman, its Manager**

Title of Authorized Individual

**August 28, 2013**

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Cyber Development Group International, LLC**                    Case No. _____

                                                    Debtor(s)        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Aerico Inc**<br>**900 National Parkway**<br>**Suite 400**<br>**Schaumburg, IL 60173** | **Aerico Inc**<br>**900 National Parkway**<br>**Suite 400**<br>**Schaumburg, IL 60173** | | | **115,635.00** |
| **Albert & Patricia Izzo Trust**<br>**251 Holbrook**<br>**Wheeling, IL 60090** | **Albert & Patricia Izzo Trust**<br>**251 Holbrook**<br>**Wheeling, IL 60090** | | | **1,617,567.73** |
| **Alert Logic**<br>**1776 Yorktown**<br>**7th FL**<br>**Houston, Tx 77056** | **Alert Logic**<br>**1776 Yorktown**<br>**7th FL**<br>**Houston, Tx 77056** | | | **23,576.85** |
| **Bank Direct Capital Finance**<br>**Two Conway Park**<br>**150 North Field Drive**<br>**Lake Forest, IL 60045** | **Bank Direct Capital Finance**<br>**Two Conway Park**<br>**150 North Field Drive**<br>**Lake Forest, IL 60045** | | | **30,103.99** |
| **Comcast**<br>**1701 JFK Blvd**<br>**20th Floor**<br>**Philadephia, PA 19103** | **Comcast**<br>**1701 JFK Blvd**<br>**20th Floor**<br>**Philadephia, PA 19103** | | | **78,233.57** |
| **Constellation New Energy**<br>**1221 Lamar St**<br>**Suite 750**<br>**Houston, Tx 77010** | **Constellation New Energy**<br>**1221 Lamar St**<br>**Suite 750**<br>**Houston, Tx 77010** | | | **198,433.95** |
| **Crowe Horwath**<br>**70 W. Madison Street,**<br>**Suite700**<br>**Chicago, IL 60602** | **Crowe Horwath**<br>**70 W. Madison Street, Suite700**<br>**Chicago, IL 60602** | | | **17,525.00** |
| **Durham & Black**<br>**233 S Wacker Dr**<br>**84th Fl**<br>**Chicago, il 60606** | **Durham & Black**<br>**233 S Wacker Dr**<br>**84th Fl**<br>**Chicago, il 60606** | | | **25,000.00** |
| **Intergrated Access Systems**<br>**333 West Wacker Drive**<br>**Suite 500**<br>**Chicago, IL 60606** | **Intergrated Access Systems**<br>**333 West Wacker Drive**<br>**Suite 500**<br>**Chicago, IL 60606** | | | **88,882.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Cyber Development Group International, LLC**                    Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Line Works Studio Inc**<br>**4033 Denley Ave**<br>**Schiller Park, IL 60176** | **Line Works Studio Inc**<br>**4033 Denley Ave**<br>**Schiller Park, IL 60176** | | | 20,929.37 |
| **Mesirow Insurance Service Inc.**<br>**353 North Clark St**<br>**Chciago, IL 60654** | **Mesirow Insurance Service Inc.**<br>**353 North Clark St**<br>**Chciago, IL 60654** | | | 34,340.00 |
| **Olson Construction Group**<br>**330 W Campus**<br>**Arlington Heights, IL 60004-1404** | **Olson Construction Group**<br>**330 W Campus**<br>**Arlington Heights, IL 60004-1404** | | | 21,629.00 |
| **Pacetel Inc**<br>**520 Jackson Ave**<br>**Glencoe, IL 60022** | **Pacetel Inc**<br>**520 Jackson Ave**<br>**Glencoe, IL 60022** | | | 97,500.00 |
| **PHW**<br>**1396 Borregas Ave**<br>**Sunnyvale, CA 94089** | **PHW**<br>**1396 Borregas Ave**<br>**Sunnyvale, CA 94089** | | | 20,486.00 |
| **Pinnacle Services**<br>**1337 Industrial Dr**<br>**Itasca, IL 60143** | **Pinnacle Services**<br>**1337 Industrial Dr**<br>**Itasca, IL 60143** | | **Disputed** | 4,078,841.09 |
| **Real Estate Tax Advisors**<br>**666 Dundee Road**<br>**Suite 1202**<br>**Northbrook, IL 60602** | **Real Estate Tax Advisors**<br>**666 Dundee Road**<br>**Suite 1202**<br>**Northbrook, IL 60602** | | | 29,931.79 |
| **Thermflo**<br>**251 Holbrook**<br>**Wheeling, IL 60090** | **Thermflo**<br>**251 Holbrook**<br>**Wheeling, IL 60090** | **1221 Business Center Drive, Mount Prospect, IL 60056** | **Disputed** | 428,567.93 |
| **Travelers**<br>**1500 S Lakeside Dr**<br>**Bannockburn, IL 60015** | **Travelers**<br>**1500 S Lakeside Dr**<br>**Bannockburn, IL 60015** | | | 18,410.40 |
| **Verizon**<br>**PO Box 660794**<br>**Dallas, TX 75266-0794** | **Verizon**<br>**PO Box 660794**<br>**Dallas, TX 75266-0794** | | | 66,256.69 |
| **Zonatherm Products Inc**<br>**251 Holbrook**<br>**Wheeling, IL 60090** | **Zonatherm Products Inc**<br>**251 Holbrook**<br>**Wheeling, IL 60090** | **1221 Business Center Drive, Mount Prospect, IL 60056** | **Disputed** | 992,844.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Cyber Development Group International, LLC**                          Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the John H. Pressman, its Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **August 28, 2013**                    Signature   **/s/ AOP Investments, LLC**
                                                        **AOP Investments, LLC**
                                                        **John H. Pressman, its Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6D (Official Form 6D) (12/07)

In re    **Cyber Development Group International, LLC**                     Case No. _____

                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **880060260** <br><br> **Libertyville Bank and Trust Co** <br> **507 North Milwaukee Ave** <br> **Libertyville, IL 60048** | | - | | **1221 Business Center Drive, Mount Prospect, IL 60056** <br><br><br> Value $          **Unknown** | | | | **705,870.90** | **Unknown** |
| Account No. **880049755** <br><br> **Libertyville Bank and Trust Co** <br> **507 North Milwaukee Ave** <br> **Libertyville, IL 60048** | | - | | **1221 Business Center Drive, Mount Prospect, IL 60056** <br><br><br> Value $          **Unknown** | | | | **2,618,124.12** | **Unknown** |
| Account No. <br><br><br><br> | | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | | <br><br><br> Value $ | | | | | |

| | | | |
|---|---|---|---|
| **0**   continuation sheets attached | Subtotal <br> (Total of this page) | **3,323,995.02** | **0.00** |
| | Total <br> (Report on Summary of Schedules) | **3,323,995.02** | **0.00** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re **Cyber Development Group International, LLC** _____,   Case No. _____
                                                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

                                          _1_     continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Cyber Development Group International, LLC**                              ,    Case No. _____
                                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1124-004** <br><br>**Village of Mt Prospect** <br>**PO Box 4297** <br>**Carol Stream, IL 60197-4297** | - | | | | | | 2,401.04 | 2,401.04 <br><br> 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal <br>(Total of this page) | 2,401.04 <br>2,401.04 | 2,401.04 <br>0.00 |
|---|---|---|---|
| | Total <br>(Report on Summary of Schedules) | 2,401.04 <br>2,401.04 | 2,401.04 <br>0.00 |

B6F (Official Form 6F) (12/07)

In re   **Cyber Development Group International, LLC**                          , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **unknown** <br><br> Aerico Inc <br> 900 National Parkway <br> Suite 400 <br> Schaumburg, IL 60173 | - | | | | | | 115,635.00 |
| Account No. <br><br> Albert & Patricia Izzo Trust <br> 251 Holbrook <br> Wheeling, IL 60090 | | | | | | | 1,617,567.73 |
| Account No. **Cyber Development Group Int** <br><br> Alert Logic <br> 1776 Yorktown <br> 7th FL <br> Houston, Tx 77056 | - | | | | | | 23,576.85 |
| Account No. **unknown** <br><br> Arrow Intechra LLC <br> PO Box  3226 <br> Ridgeland, MS 39158-3226 | - | | | | | | 1,159.32 |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| ___7___   continuation sheets attached | | | | Subtotal <br> (Total of this page) | | | 1,757,938.90 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cyber Development Group International, LLC**                              , Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Cyber Development Group Int**<br><br>**Aurico Reports**<br>**116 West Eastman**<br>**Suite 101**<br>**Arlington Heights   60004** | | - | | | | | | | **410.00** |
| Account No. **383308**<br><br>**Bank Direct Capital Finance**<br>**Two Conway Park**<br>**150 North Field Drive**<br>**Lake Forest, IL 60045** | | - | | | | | | | **30,103.99** |
| Account No.<br><br>**CDGI NAP Services, LLC**<br>**1331 Business Center Drive**<br>**Mount Prospect, IL 60056** | | - | | | | | | | **Unknown** |
| Account No. **9020404715**<br><br>**Comcast**<br>**1701 JFK Blvd**<br>**20th Floor**<br>**Philadelphia, PA 19103** | | - | | | | | | | **78,233.57** |
| Account No. **1-F9-1537**<br><br>**Constellation New Energy**<br>**1221 Lamar St**<br>**Suite 750**<br>**Houston, Tx 77010** | | - | | | | | | | **198,433.95** |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **307,181.51**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cyber Development Group International, LLC**
_____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. **Cyber Development Group Int** | | | | | | | | |
| Crawford Roofing 900 National Parkway Suite 260 Schaumburg, IL 60173 | - | | | | | | | 436.07 |
| Account No. **unknown** | | | | | | | | |
| Crowe Horwath 70 W. Madison Street, Suite700 Chicago, IL 60602 | - | | | | | | | 17,525.00 |
| Account No. | | | | | | | | |
| Durham & Black 233 S Wacker Dr 84th Fl Chicago, il 60606 | - | | | | | | | 25,000.00 |
| Account No. **742** | | | | | | | | |
| Esscoe Systems 25741 Hillview Ct Mundelein, IL 60060 | - | | | | | | | 3,493.69 |
| Account No. **062607-01** | | | | | | | | |
| INOC 500 Skokie Blvd Suite 380 Northbrook, IL 60062 | - | | | | | | | 9,500.00 |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    55,954.76

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cyber Development Group International, LLC**                            ,   Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Intergrated Access Systems 333 West Wacker Drive Suite 500 Chicago, IL 60606 | - | | | | | | | 88,882.00 |
| Account No. | | | | | | | | |
| Kone Inc PO Box 429 Moline, IL 61266 | - | | | | | | | 688.48 |
| Account No. | | | | | | | | |
| Line Works Studio Inc 4033 Denley Ave Schiller Park, IL 60176 | - | | | | | | | 20,929.37 |
| Account No. | | | | | | | | |
| Mesirow Insurance Service Inc. 353 North Clark St Chciago, IL 60654 | - | | | | | | | 34,340.00 |
| Account No. **7460** | | | | | | | | |
| Neustar Bank of America PO Box 277833 Atlanta, GA 30384-7833 | - | | | | | | | 2,080.00 |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    146,919.85

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cyber Development Group International, LLC**                          , Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Cyber Development Group Int**<br><br>Olson Construction Group<br>330 W Campus<br>Arlington Heights, IL 60004-1404 | - | | | | | | 21,629.00 |
| Account No. **S016147**<br><br>Orr Protection Systems<br>1523 Reliabel Parkway<br>Chciago, IL 60686 | - | | | | | | 6,000.37 |
| Account No. **Customer #2449**<br><br>Osco Inc<br>13161 W 143th Street<br>#202<br>Homer Glen, IL 60491-6890 | - | | | | | | 1,944.67 |
| Account No.<br><br>Pacetel Inc<br>520 Jackson Ave<br>Glencoe, IL 60022 | - | | | | | | 97,500.00 |
| Account No. **Cyber Development Group Int**<br><br>Palatine Oil<br>425 St<br>Savanna, IL 61074 | - | | | | | | 2,441.79 |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 129,515.83 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cyber Development Group International, LLC**                    ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Cyber Development Group Int** | | | | | | | | | |
| **Partners By Design** **213 W Institute Place** **Suite 203** **Chicago, IL 60610** | - | | | | | | | | 1,445.00 |
| Account No. **Cyber Development Group Int** | | | | | | | | | |
| **Phoenix Business Solutions** **12543 S Laramie Ave** **Alsip, IL 60803** | - | | | | | | | | 1,506.00 |
| Account No. **CYBER** | | | | | | | | | |
| **Phoenix Fire Systems** **744 Nebraska Street** **Frankfort, IL 60423** | - | | | | | | | | 14,326.72 |
| Account No. **Cyber Development Group Int** | | | | | | | | | |
| **PHW** **1396 Borregas Ave** **Sunnyvale, CA 94089** | - | | | | | | | | 20,486.00 |
| Account No. | | | | | | | | | |
| **Pinnacle Services** **1337 Industrial Dr** **Itasca, IL 60143** | - | | | | | | | X | 4,078,841.09 |
| Sheet no. __5__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | | | 4,116,604.81 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cyber Development Group International, LLC**                    ,    Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Cyber Development Group Int**<br><br>**Professional Instection Services Inc**<br>**151 S Elmwood Ave**<br>**Palatine, IL 60074** | | - | | | | | | 300.00 |
| Account No. **CRC1331**<br><br>**Property Valuation Services**<br>**7250 N Cicero**<br>**Suite 106**<br>**Lincolnwood, IL 60712** | | - | | | | | | 500.00 |
| Account No.<br><br>**Real Estate Tax Advisors**<br>**666 Dundee Road**<br>**Suite 1202**<br>**Northbrook, IL 60602** | | - | | | | | | 29,931.79 |
| Account No. **1331 Business Center Drive**<br><br>**Salvatore Lawn Care Service**<br>**2001 E Euclid**<br>**Mt Prospect, IL 60056** | | - | | | | | | 5,020.00 |
| Account No.<br><br>**Shefsky & Froelich**<br>**111 E Wacker Dr**<br>**Suite 2800**<br>**Chicago, IL 60601** | | - | | | | | | 7,374.00 |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

43,125.79

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cyber Development Group International, LLC** ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Thermflo** <br> **251 Holbrook** <br> **Wheeling, IL 60090** | - | | | **1221 Business Center Drive, Mount Prospect, IL 60056** | | | X | 428,567.93 |
| Account No. **7548E4132** <br><br> **Travelers** <br> **1500 S Lakeside Dr** <br> **Bannockburn, IL 60015** | - | | | | | | | 18,410.40 |
| Account No. **Y2680700** <br><br> **Verizon** <br> **PO Box 660794** <br> **Dallas, TX 75266-0794** | - | | | | | | | 66,256.69 |
| Account No. **5818** <br><br> **Zayo Bandwidth Group (AboveNet)** <br> **400 Centennial Parkway** <br> **Suite 200** <br> **Louisville, CO 80027-1210** | - | | | | | | | 16,282.62 |
| Account No. <br><br> **Zonatherm Products Inc** <br> **251 Holbrook** <br> **Wheeling, IL 60090** | - | | | **1221 Business Center Drive, Mount Prospect, IL 60056** | | | X | 992,844.00 |

Sheet no. __7__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 1,522,361.64 |
| Total <br> (Report on Summary of Schedules) | 8,079,603.09 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Cyber Development Group International, LLC**                                    Case No.

_____                Chapter    **11**    _____
Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the John H. Pressman, its Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**19**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 28, 2013**                    Signature   **/s/ AOP Investments, LLC**

                                                                        **AOP Investments, LLC**
                                                                        **John H. Pressman, its Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Cyber Development Group International, LLC**                          ,   Case No. _____

Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **AOP Investments, LLC<br>245 Cumnor Road<br>Kenilworth, IL 60043** | | | **100% Membership<br>Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the John H. Pressman, its Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___ **August 28, 2013** _____       Signature  **/s/ AOP Investments, LLC** _____
**AOP Investments, LLC**
**John H. Pressman, its Manager**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0** ___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Cyber Development Group International, LLC**          Case No. _____

                                       Debtor(s)        Chapter     **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                         **41**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **August 28, 2013** _____        **/s/ AOP Investments, LLC** _____

                                                   **AOP Investments, LLC/John H. Pressman, its Manager**
                                                   Signer/Title

Aerico Inc
900 National Parkway
Suite 400
Schaumburg, IL 60173


Albert & Patricia Izzo Trust
251 Holbrook
Wheeling, IL 60090


Alert Logic
1776 Yorktown
7th FL
Houston, Tx 77056


Arrow Intechra LLC
PO Box 3226
Ridgeland, MS 39158-3226


Aurico Reports
116 West Eastman
Suite 101
Arlington Heights 60004


Bank Direct Capital Finance
Two Conway Park
150 North Field Drive
Lake Forest, IL 60045


CDGI NAP Services, LLC
1331 Business Center Drive
Mount Prospect, IL 60056


Comcast
1701 JFK Blvd
20th Floor
Philadephia, PA 19103


Constellation New Energy
1221 Lamar St
Suite 750
Houston, Tx 77010


Crawford Roofing
900 National Parkway
Suite 260
Schaumburg, IL 60173

Crowe Horwath
70 W. Madison Street, Suite700
Chicago, IL 60602


Durham & Black
233 S Wacker Dr
84th Fl
Chicago, il 60606


Esscoe Systems
25741 Hillview Ct
Mundelein, IL 60060


INOC
500 Skokie Blvd
Suite 380
Northbrook, IL 60062


Intergrated Access Systems
333 West Wacker Drive
Suite 500
Chicago, IL 60606


Kone Inc
PO Box 429
Moline, IL 61266


Libertyville Bank and Trust Co
507 North Milwaukee Ave
Libertyville, IL 60048


Line Works Studio Inc
4033 Denley Ave
Schiller Park, IL 60176


Mesirow Insurance Service Inc.
353 North Clark St
Chciago, IL 60654


Neustar
Bank of America
PO Box 277833
Atlanta, GA 30384-7833

Olson Construction Group
330 W Campus
Arlington Heights, IL 60004-1404


Orr Protection Systems
1523 Reliabel Parkway
Chciago, IL 60686


Osco Inc
13161 W 143th Street
#202
Homer Glen, IL 60491-6890


Pacetel Inc
520 Jackson Ave
Glencoe, IL 60022


Palatine Oil
425 St
Savanna, IL 61074


Partners By Design
213 W Institute Place
Suite 203
Chicago, IL 60610


Phoenix Business Solutions
12543 S Laramie Ave
Alsip, IL 60803


Phoenix Fire Systems
744 Nebraska Street
Frankfort, IL 60423


PHW
1396 Borregas Ave
Sunnyvale, CA 94089


Pinnacle Services
1337 Industrial Dr
Itasca, IL 60143


Professional Instection Services Inc
151 S Elmwood Ave
Palatine, IL 60074

Property Valuation Services
7250 N Cicero
Suite 106
Lincolnwood, IL 60712


Real Estate Tax Advisors
666 Dundee Road
Suite 1202
Northbrook, IL 60602


Salvatore Lawn Care Service
2001 E Euclid
Mt Prospect, IL 60056


Shefsky & Froelich
111 E Wacker Dr
Suite 2800
Chicago, IL 60601


Thermflo
251 Holbrook
Wheeling, IL 60090


Travelers
1500 S Lakeside Dr
Bannockburn, IL 60015


Verizon
PO Box 660794
Dallas, TX 75266-0794


Village of Mt Prospect
PO Box 4297
Carol Stream, IL 60197-4297


Zayo Bandwidth Group (AboveNet)
400 Centennial Parkway
Suite 200
Louisville, CO 80027-1210


Zonatherm Products Inc
251 Holbrook
Wheeling, IL 60090

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Cyber Development Group International, LLC**      Case No.
                                 Debtor(s)      Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cyber Development Group International, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 28, 2013**                              **/s/ Ariel Weissberg**
Date                                         **Ariel Weissberg 03125591**
                                           Signature of Attorney or Litigant
                                           Counsel for   **Cyber Development Group International, LLC**
                                           **Weissberg and Associates, Ltd.**
                                           **401 S. LaSalle St.**
                                           **Suite 403**
                                           **Chicago, IL 60605**
                                           **312-663-0004 Fax:312-663-1514**
                                           **ariel@weissberglaw.com**