IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | Chapter 11 |
| CYBER DEVELOPMENT GROUP INTERNATIONAL, LLC, | Case No. 13-B-34214 |
| | The Honorable Jack B. Schmetterer |
| Debtor. | Hearing: November 22, 2013 |

**STIPULATION AND FINAL ORDER (I) AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND (II) GRANTING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 361 AND 363**

Upon the emergency motion (the "Motion") dated August 29, 2013, of Cyber Development Group International, LLC ("CDGI" or "Debtor"), (a) seeking this Court's authorization pursuant to Section 363 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the "Bankruptcy Code") and Rules 2002, 4001(c) and 9014 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), for the Debtor, inter alia, to use Cash Collateral (as defined below) and, pursuant to Bankruptcy Code §§ 361 and 363(e), to provide adequate protection to Libertyville Bank and Trust Co. (the "Lender") with respect to the use and any diminution in the value of the Lender's interest in the Pre-Petition Collateral[1] (as defined below) the use of Cash Collateral and the use, sale or lease of the Pre-Petition Collateral (as defined below) and the imposition of the automatic stay pursuant to Bankruptcy Code § 362(a); (b) seeking a preliminary hearing (the "Preliminary Hearing") on the Motion to consider entry of an interim order pursuant to Bankruptcy Rule 4001; and (c) requesting that a final hearing (the "Final Hearing") be scheduled, and that notice procedures in respect of the Final Hearing be established by this Court to consider entry of a final order authorizing on a final

---

[1] All capitalized terms used but not defined in this Final Order shall have the meanings ascribed to such terms in the Interim Order.

1

basis, inter alia, the use of Cash Collateral (the "Final Order"); and orders granting the Motion on an interim basis having been entered by the Court on (x) September 11, 2013 (the "First Interim Order") [Docket No. 39] following the Preliminary Hearing, (y) October 16, 2013 (the "Second Interim Order") [Docket No. 127] following a hearing on October 16, 2013 (the "Second Interim Hearing"), and (z) November 12, 2013 (the "Third Interim Order") [Docket No. 191] following a hearing on November 12, 2013 (the "Third Interim Hearing"); and the Court having scheduled the Final Hearing on November 22, 2013; due and sufficient notice of the Motion, the Preliminary Hearing, the Second Interim Hearing, the Third Interim Hearing, the Final Hearing, the First Interim Order, the Second Interim Order, and the Third Interim Order having been given; and upon the entire record made at the Preliminary Hearing, the Second Interim Hearing, the Third Interim Hearing and the Final Hearing; and no objections to the entry of this Order (this "Final Order") having been filed; and this Court having found good and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted on a final basis; and it is further

ORDERED that the First Interim Order, including but not limited to all of the stipulations and findings of fact set forth therein, is hereby incorporated in its entirety into this Final Order, and is hereby approved, effective immediately, on a final basis; and it is further

ORDERED that the Debtor is authorized to use Cash Collateral and other Collateral as provided and limited in the Budget attached hereto as Exhibit A through the close of business on November 26, 2013; and it is further

ORDERED that the Debtor is authorized, but not directed, to take such actions as may be necessary to carry out the terms of this Final Order; and it is further

ORDERED that a status hearing on the above-captioned case is set for __Dec 12th__ 2013. _at 10:30 AM_

Dated: November 25, 2013
Chicago, Illinois

THE HONORABLE JACK B. SCHMETTERER
UNITED STATES BANKRUPTCY JUDGE

NOV 25 2013

Dated: November 25, 2013

STIPULATED AND AGREED:

**WEISSBERG AND ASSOCIATES, LTD.**

By: /s/ Ariel Weissberg

   Ariel Weissberg, Esq. (IL Bar No. 3125591)
   401 South LaSalle Street, Suite 403
   Chicago, Illinois 60605
   Telephone: (312) 663-0004
   Facsimile: (312) 663-1514

   Counsel to the Debtor

**VEDDER PRICE P.C.**

By: /s/ Stephanie K. Hor-Chen

   Douglas J. Lipke, Esq. (IL Bar No. 0312457)
   Stephanie K. Hor-Chen, Esq. (IL Bar No. 06283105)
   222 North LaSalle Street, Suite 2600
   Chicago, Illinois 60601
   Telephone: (312) 609-7500
   Facsimile: (312) 609-5005

   Counsel to Libertyville Bank and Trust Company

CHICAGO/#2517002.4

## EXHIBIT A

## BUDGET

(through close of business on November 26, 2013)

| OPERATING EXPENSES | BUDGET |
|---|---|
| Equivoice | $123.43 |
| AT&T | $179.36 |
| Neustar | $520.00 |
| AT&T | $43.64 |
| AT&T | $432.25 |
| AT&T | $30.30 |
| Payroll and payroll taxes | $11,500.00 |
| **TOTAL** | **$12,828.98** |

CHICAGO/#2517002.4