Christopher Swenson
1132 Oak St.
Winnetka, IL  60093

Cyber Development Group International, LLC                                                              11/22/13
1331 Business Center Dr.
Mt. Prospect, IL  60056

RE:  Cyber Development Group International, LLC, Case No. 13-B-34214

October 11th fwd

10/11/13

Email exchanges re: ESD visit and due diligence required, "Interested Party" from Dan, Jack Pressman re: AMA concerns and desire to speak with Izzo/Radzik. – 0.5 hours

Answer "interested party" questions in email. - 0.25 hours

Review revised cash budget with updates from Dan Lee. – 0.5 hours

Review revised actual to budget from Dan Lee and repopulate with data. - 0.75 hours

Review book to bank recon from Tammie. – 0.5 hours

Arrange tour for Dan Lee with Steve – 0.5 hours

Email exchange with Ariel re: Mitch Kralis, follow up email to Mitch with NDA. – 0.25 hours

TOTAL – 3.25 hours

10/14/13

Email exchanges with Radzik and Tammie, NOC staff re: setting up meetings tomorrow with Mitch. – 0.5 hours

Email exchanges and phone calls with Tammie and Steve K. re: Mueller. – 0.5 hours

Review bank to book reconciliation and disbursement journal from Tammie. 0.25 hours

TOTAL – 1.25 hours

10/15/13

Revise CWRS NDA for Radzik. – 0.5 hours

Meet with Mitch Steinberg on accounting issues for Radzik, get related data delivered, cash budget, etc. – 1.5 hours

Email exchanges with Eric Wince, meet with Tammie, turn around and deliver CWRS financials to Wince. – 0.5 hours

Email exchanges re: payment to Patrick, arrange wire to Patrick, email Nick Begley re: same. 0.25 hours

Email exchanges with Jack and Radzik re: NDA, arrange for Jack and Radzik's signature then scan signed NDA. – 0.25 hours

Begin work on monthly operating reports, review reporting requirements, discuss with Tammie data needed – 1.25 hours

Arrange contractor pay with Tammie and update cash disbursement journal and reconciliation. – 0.75 hours

TOTAL – 5.0 hours

10/16/13

Review insurance payments with Tammie, speak with Ariel re: court order approved for same, speak with Rich at Bank Direct, issue checks. – 1.25 hours

Work on DIP report. – 5 hours, all afternoon

Sync up the days' disbursement journal and cash recon and distribute. - 0.75 hours

TOTAL – 7.0 hours

10/17/13

Email exchanges, phone calls with Patrick, Ariel, Ilissa Miller, Jack re: marketing piece to be put on the "wire" and accusation by prospective bidders that they were not getting called back.  Both CFS and PCS checked email and phone records and found no evidence of attempts by Aaronson and Font to contact us. – 2.25 hours

Update actual to budget cash flow model and distribute. - 0.75 hours

Email exchanges, NDAs edited, NDAs sent out, questions answered after press release distributed, various phone calls. 3.25 hours

TOTAL – 6.25 hours

10/18/13

Review and discuss outstanding bills to be paid with Tammie and projected cash balance. – 0.5 hours

Turn around NDA to Aaronson. – 0.25 hours

Review book to bank reconciliation and cash disbursement journal for the day. - 0.75 hours

Review Monday's payroll, speak with Tammie. – 0.75 hours

Work on DIP reporting with Tammie. – 2.5 hours

TOTAL – 4.75 hours

10/21/13

Turn around NDAs and give prospective bidders access to Dropbox – 0.75 hours

Work on DIP reporting with Tammie, get final reports back to Ariel – 1.5 hours

Create contact list of all potential bidders with all contact info for Hava to file with the court. – 2.5 hours

Email exchanges on Ilissa Millar campaign. - .25 hours

Work on cash budget with actual to date to calculate true DIP needs, discuss with Tammie. – 1.5 hours

TOTAL – 6.5 hours

10/22/13

Call with Patrick and Tammie on DIP financing, recalculate DIP based on this conversation, review new billings and receivables. – 2.25 hours

Email exchanges with Dan M., Mark R., Chris and Steve re: due diligence items and meeting this week. – 0.5 hours

Forward Dan M. email around to team to address issues, tasks assigned.  0.25 hours

TOTAL – 3.0 hours

10/23/13

Various email exchanges with Jack, Tammie, Dan M. re: CWRS contracts.  NDA follow up with new prospect. – 1.25 hours

Conversation with Ariel re: marketing report, phone call with Patrick after. 0.75 hours

Compile list of all prospective bidders to send bidding report to, review emails from Hava on process, email exchanges. 5.5 hours

TOTAL – 7.5 hours

10/24/13
Turn around NDA and access to Dropbox for Chris Bach. 0.25 hours

Update disbursement and recon as of yesterday, email to Dan/Nick. 0.75 hours

Update budget to actual with actual, broken out, payroll numbers. - 0.75 hours

Conversation with Chris Bach. – 0.5 hours

Get all bidding letters out, many emails with Have, copies made, mail all, arrange FedEx at store. – 7 hours

TOTAL – 9.25 hours

10/25/13

Check on Aaronson tour, arrange tour – 0.5 hours

Review reconciliation and cash disbursement journal – 0.5 hours

Send NDA's to Bluebird, add invites to data room – 0.5 hours

Email exchange with Ariel re: Aptar getting proof of us paying utility bills. – 0.25 hours

Email exchanges with Bruce de'Medici re: existence of drawings – 0.25 hours

TOTAL – 2.0 hours

10/26/13

Invite Roeff to data room as per Radzik. – 0.25 hours

Email exchanges to arrange access to Dropbox, discussion on existence of as built drawings. - 1.25 hours

Total – 1.5 hours

10/27/13

Turn around NDA for Bluebird. – 0.25 hours

Email exchange re: Aaronson tour. – 0.25 hours

TOTAL – 0.5 hours

10/28/13

Create and distribute proof of utility payments for Aptar. – 1.25 hours

Get CWRS and NMHS agmts to Hava. – 0.5 hours

Email exchanges on Aaronson tour today. – 0.25 hours

Turn around Huron agmt to Hava – 0.25 hours

Review disbursement journal, reconciliation and payments that need to go out this week, discuss with Tammie. – 0.75 hours

Total – 3.0 hours

10/29/13

Email exchanges/discussions re: Libertyville sweeping the bank account when payroll is funded. – 0.75 hours

Bidding order, NDA, arrange tour for Sean Reynolds. – 0.5 hours

NDA to Bruce de'Medici. – 0.25 hours

Call Nick to make sure payroll will process. – 0.25 hours

Review Olson invoice and discuss with Jorge and Tammie. – 0.5 hours

Total – 2.25 hours

10/30/31

Email exchanges, phone calls with Jones Lang Lasalle re: bidding procedure and access to data room and a tour. – 1.25 hours

Arrange access to data room for Bluebird and NDA filing. – 0.5 hours

NDA to Tatum. – 0.25 hours

NDA to Joseph Miller. – 0.25 hours

Emails and access to data room for other Bluebird affiliates. – 0.5 hours

TOTAL – 2.75 hours

10/31/13

Respond to Dan Lee email with Tammie re: PPL Group, many questions, provide docs to Dan. – 1.25 hours

Total – 1.25

11/1/13

Access to Dropbox for Joe Miller. 0.25 hours

Redo actual to budget with updated budget numbers, email exchanges, phone call with Dan Lee. – 3.25 hours

Update disbursement journal and cash reconciliation. - .75 hours

Total – 4.25

11/2/13

Audit of actual/cash budget, email exchanges with Dan. – 2.25 hours

11/3/13

Draft and send out reminder emails to all prospective bidders. – 2.25 hours

11/4/12

Work on detailed list of bidders for court appearance Friday, email exchanges with Patrick. – 1.5 hours

Review and work on data in mktg presentation, email exchanges with Patrick. – 1.25 hours

Total – 2.75 hours

11/5/13

Review payroll – 0.5 hours

Review disbursement journal and reconciliation – 0.75 hours

Review marketing plan from Patrick and fill in metrics – 1.25 hours

Total – 2.5 hours

11/6/13

Review disbursement schedule and reconciliation. – 0.5 hours

Email exchange with Dan Lee re: equipment list. – 0.25 hours

Total - 0.75 hours

11/7/13

Speak with Tammie and email exchange re: INOC shut off, strategy for paying and getting cash to pay to avoid shut off. – 0.75 hours

Speak with Ariel re: asset purchase agmt schedules and cash variance needed and extending budget out. Worked on updating budget to actual, cash disbursement schedule and extension of cash budget. Email file to Ariel, email files to Nick and Dan. – 4.5 hours

Email exchanges/research with Izzo, Dan, Tammie re: payables status, utilities, etc. – 1.25 hours

Email exchanges with Dan Lee and files sent re: equipment list, send bidders doc  - .25 hours

Email exchanges with Patrick and Tammie re: INOC payments – 0.25 hours

Reach out to Patrick for Ariel re: court. – 0.25 hours

Total – 7.25 hours

11/8/13

Draft new version of cash collateral budget for court and distribute, follow up with questions from various parties on the same. – 5.0 hours

Discussion with Tammie re: "dead" bills recently found for CDGI NAP. – 0.5 hours

Conversations with Jack and Patrick re: Izzo deal. - .75 hours

Phone call with Ariel re: stuff due in new Dropbox by 11/12/13 for subpoena, discussion with Tammie re: the same after. – 0.75 hours

Total – 7.0 hours

11/9/13

Start to go through emails from/to prospective bidders to respond to subpoena – create way to save emails from Outlook into files to be put into Dropbox. – 1.5 hours

11/11/13

Go through all emails and find those with prospective bidders to put in Dropbox to respond to subpoena. – 6.0 hours

Gather other documents for Dropbox with Tammie. – 0.5 hours

Create new Dropbox – 0.5 hours

Review and analyze revised cash collateral from Dan Lee, email exchange. - .75 hours

Total – 7.75 hours

11/12/13

Gather documents and load into Dropbox to respond to subpoena, email exchanges with Patrick and Hava – 5.0 hours

11/13/13

Review bills to be paid with Tammie, discuss, check with budget, – 0.75 hours

Review of new Pinnacle order – .5 hours

Call Alert logic and speak with Tawnya to avoid disconnection of service, email exchanges - .5 hours

Total – 1.75 hours

11/14/13

Back and forth email exchanges re: Alert Logic status. – 0.5 hours

Respond to Dan Lee inquiry re: upcoming payroll accruals and other AP, do calc, speak with Tammie, back and forth email exchanges. – 1.75 hours

Respond to Patrick's payment inquiry. – 0.25 hours

Review reconciliation and disbursement. – 0.5 hours

Update cash vs budget file. – 0.75 hours

TOTAL – 3.75 hours

11/15/13

More payables back and forth with Dan Lee, Tammie, phone call with Dan Lee re: accrual info needed first thing Monday – 1.25 hours

11/17/13

Provide access to Dropbox to the Donatos, email exchanges with Jack and Tammie. – 0.75 hours

11/18/13

Work with Tammie and Dan Lee on estimated accruals requested by Dan - 2.5 hours

Phone conversation with Tony and Mario Donato, follow up with A/P, Invoices, etc. for their meeting with the bank – 0.75 hours

Work on DIP reporting with Tammie – 3.25 hours

Total – 6.5 hours

11/19/13

Email exchanges, conversations with Dan and Tammie re: Libertyville payment being taken out. – 0.5 hours

Work on DIP reporting, get correct payroll info from Precision for form. – 0.75 hours

TOTAL – 1.25 hours

11/20/13

Finalize DIP reporting, back and forth on payroll section in emails with Precision, submit DIP report – 2.5 hours

Provide marketing plan and bidder list to Hava for court – 0.25 hours

TOTAL – 2.75 hours

Document Page 8 of 9

11/21/13

Drive downtown, met with Ariel and Jack to prep for court hearing, attend court hearing, speak with Jack and Ariel after – 5.5 hours

11/22/13

Scan all AT&T bills for Dan – 0.5 hours

Work on actual vs budget for 11/21, email exchanges with Dan and Tammie – 0.75 hours

Provide all expected CDGI expenses prior to close to Hava for court hearing – 0.5 hours

TOTAL – 1.75 hours

Summary:

10/11/13 – 3.25 hours

10/14/13 - 1.25 hours

10/15/13 – 5.0 hours

10/16/13 – 7.0 hours

10/17/13 – 6.25 hours

10/18/13 – 4.75 hours

10/21/13 – 6.5 hours

10/22/13 – 3.0 hours

10/23/13 – 7.5 hours

10/24/13 – 9.25 hours

10/25/13 – 2.0 hours

10/26/13 – 1.5 hours

10/27/13 -0.5 hours

10/28/13 – 3.0 hours

10/29/13 – 2.25 hours

10/30/13 – 2.75 hours

10/31/13 – 1.25 hours

11/1/13 – 4.25 hours

11/2/13 – 2.25 hours

11/3/13 – 2.25 hours

11/4/13 – 2.75 hours

11/5/13 – 2.5 hours

11/6/13 – 0.75 hours

11/7/13 – 7.25 hours

11/8/13 – 7.0 hours

11/9/13 – 1.5 hours

11/11/13 – 7.75 hours

11/12/13 – 5.0 hours

11/13/13 – 1.75 hours

11/14/13 – 3.75 hours

11/15/13 – 1.25 hours

11/17/13 – 0.75 hours

11/18/13 – 6.5 hours

11/19/13 – 1.25 hours

11/20/13 – 2.75 hours

11/21/13 – 5.5 hours

11/22/13 – 1.75 hours

TOTAL hours – 126 hours

Rate - $150 per hour

TOTAL owed –                            $18,900