UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>CYBER DEVELOPMENT GROUP<br>INTERNATIONAL, LLC<br>and<br>CRC1331 BCD MT. PROSPECT, LLC,<br>Jointly Administered<br>Debtor(s) | BK No.: 13-34214<br><br>Chapter: 11<br><br>Honorable Jack B. Schmetterer |

**ORDER ON FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED FOR CHRISTOPHER SWENSON, FINANCIAL CONSULTANT TO CYBER DEVELOPMENT GROUP INTERNATIONAL, LLC FOR THE PERIOD FROM OCTOBER 11, 2013 TO NOVEMBER 22, 2013**

THIS CAUSE coming on to be heard on the First and Final Fee Application for Allowance of Compensation for Services Rendered of Christopher Swenson, as the financial consultant for Cyber Development Group International, LLC for the period from October 11, 2013 through November 22, 2013 ("Application"); due and proper notice having been duly given; the Court having reviewed the Application; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Application is granted as follows:

1. Christopher Swenson is allowed $18,900.00 in final compensation for Christopher Swenson's financial consulting services during the period of October 11, 2013 through November 22, 2013 ;

2. Cyber Development Group International, LLC is directed to pay Christopher Swenson $18,900.00 in financial consulting services.

Enter:

*[signature]*
United States Bankruptcy Judge
DEC 3 1 2013

Dated: 12/31/13

**Prepared by:**
Ariel Weissberg, Esq. (No. 03125591)
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL  60605
T. 312-663-0004
F. 312-663-1514

Rev: 20130104_bko