UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>CYBER DEVELOPMENT GROUP<br>INTERNATIONAL, LLC<br>and<br>CRC1331 BCD MT. PROSPECT, LLC,<br>Jointly Administered<br>Debtor(s) | BK No.: 13-34214<br><br>Chapter: 11<br><br>Honorable Jack B. Schmetterer |

**ORDER ON FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR WEISSBERG AND ASSOCIATES, LTD., COUNSEL TO CYBER DEVELOPMENT GROUP INTERNATIONAL, LLC AND CRC1331 BCD MT. PROSPECT, LLC FOR THE PERIOD FROM AUGUST 27, 2013 TO DECEMBER 13, 2013**

THIS CAUSE coming on to be heard on the First and Final Fee Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses of Weissberg and Associates, Ltd., as the attorneys for Cyber Development Group International, LLC and CRC1331 BCD Mt. Prospect, LLC, for the period from August 27, 2013 through December 13, 2013("Application"); due and proper notice having been duly given; the Court having reviewed the Application; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Application is granted as follows:

1. Ariel Weissberg, John B. Wolf, Rakesh Khanna and the law firm of Weissberg and Associates, Ltd. (collectively, "Applicants") are allowed $87,795.00 in final compensation for Applicants' legal services during the Application Period;

2. Applicants are allowed $3,137.74 as reimbursement for costs and expenses incurred by Applicants during the Application Period;

3. Cyber Development Group International, LLC and CRC1331 BCD Mt. Prospect, LLC are directed to pay Applicants $52,932.74 in legal fees and expenses after application of the retainers received from Cyber Development Group International, LLC and CRC1331 BCD Mt. Prospect, LLC.

Enter:

United States Bankruptcy Judge

DEC 3 1 2013

Dated: 12/31/13

**Prepared by:**
Ariel Weissberg, Esq. (No. 03125591)
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL 60605
T. 312-663-0004

Rev: 20130104_bko